**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-1987

RONALD DEWITT KIGHT,

Plaintiff - Appellant,

v.

STEVE A. HERMAN, Sub Agent - F.B.I. Photographer; F.B.I. EMPLOYEES,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (1:25-cv-01203-LMB-IDD)

Submitted:  January 22, 2026                    Decided:  January 28, 2026

Before AGEE, RICHARDSON, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ronald Dewitt Kight, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Dewitt Kight appeals the district court's order dismissing his civil action as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B).  We have reviewed the record and discern no reversible error.  Accordingly, we deny Kight's motions alleging obstruction of justice, for injunctive relief, and for expedited review, and affirm the district court's order.  *Kight v. Herman*, No. 1:25-cv-01203-LMB-IDD (E.D. Va. July 25, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*